UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number: 22-60250-CIV-MARTINEZ**

CHRISTOPHER RATCLIFF,

     Plaintiff,

v.

TRANSWORLD SYSTEMS INC.,

     Defendant.

_____/

## ORDER STAYING CASE

**THIS CAUSE** came before the Court upon the parties' Joint Motion and Stipulation to Stay Proceedings pending *en banc* review by the Eleventh Circuit in *Hunstein v. Preferred Collection & Management Services, Inc.* ("Motion to Stay"). (ECF No. 5). Plaintiff brings a claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(b). The question as to whether Plaintiff has Article III standing to bring a claim under section 1692c(b), however, is pending before the Eleventh Circuit's *en banc* rehearing in *Hunstein*. Accordingly, after careful consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1.     The parties' Motion to Stay, (ECF No. 5), is **GRANTED**.

     2.     This case is **STAYED** pending the Eleventh Circuit's opinion after rehearing en banc of *Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, 17 F.4th 1016 (11th Cir. 2021).

     3.     The parties shall file a joint status report **within seven days** of the issuance of an opinion in *Hunstein*.

     4.     This case is **CLOSED for administrative purposes**. This shall not affect the substantive rights of the parties.

     DONE and ORDERED in Chambers at Miami, Florida this 11th day of February 2022.

                          _____

                          JOSE E. MARTINEZ
                          UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record